September 2, 1983.

466 A.2d 706

Anthony v. Anthony, Appellant.

Submitted April 28, 1983.   John H. Moore, for appellant;  W. Gustave McGeorge, for appellee.

Before ROWLEY, POPOVICH and HOFFMAN, JJ.

Affirmed.